UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG ADAM BURD,

       Plaintiff,

  -against-

NEW YORK LOCAL UNION 306,

       Defendant.

24-CV-6629 (ALC)

**ORDER OF SERVICE**

**ANDREW L. CARTER, United States District Judge:**

  Plaintiff, who is proceeding *pro se*, paid the relevant fees to commence this action.

  The Clerk of Court is directed to issue a summons as to Defendant New York Local Union 306. Plaintiff is directed to serve the summons and complaint on New York Local Union 306 within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served New York Local Union 306 or requested an extension of time to do so, the Court may dismiss the claims against New York Local Union 306 under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

Dated: January 7, 2025
    New York, New York

                   ANDREW L. CARTER
                   United States District Judge