UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG ADAM BURD,<br><br>                              Plaintiff,<br><br>             -against-<br><br>NEW YORK LOCAL UNION 306,<br><br>                              Defendant. | 24-CV-6629 (ALC)<br><br>**RENEWED ORDER OF SERVICE** |

**ANDREW L. CARTER, United States District Judge:**

      Plaintiff, who is proceeding *pro se*, paid the relevant fees to commence this action. On January 7, 2025, the Court issued an Order of Service. *See* ECF No. 4. Plaintiff has advised the Court that he never received the summons. ECF Nos. 11, 13.

      The Clerk of Court is directed to reissue a summons as to Defendant New York Local Union 306. Plaintiff is directed to serve the summons and complaint on New York Local Union 306 within 90 days of the the entry of this Order. If within those 90 days, Plaintiff has not either served New York Local Union 306 or requested an extension of time to do so, the Court may dismiss the claims against New York Local Union 306 under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

Dated:   June 17, 2025
         New York, New York

                                                ANDREW L. CARTER
                                            United States District Judge