**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BURD** **Plaintiff,**

**-against-**

**NEW YORK LOCAL UNION 306**

**Defendants.**

**24-cv-6629 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated: August 18, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**